Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

UNSEALED PER ARREST Order

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

FILED
JUL 1 1 2012
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § | |
| vs. | | Criminal No.: |
| JEREMY JACOBI SCOTT, a/k/a "J-Moe" | | H 12 -433 |
| Defendant. | | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### Sex Trafficking

On or about February 14, 2011, to March 2, 2011, in the Southern District of Texas and elsewhere, the Defendant,

### JEREMY JACOBI SCOTT

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely, S.H., knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(e)(2), and any combination of such means, would be used to cause S.H. to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, and

having had a reasonable opportunity to observe J., that ____ had not attained the age of 18 years and would be caused to engage in a commercial sex act.

**In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1) and (2).**

A TRUE BILL

Original Signature on File

_____
FOREMAN OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

BY: _____
Sherri Zack
Assistant U.S. Attorney
(713) 567-9374