UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER H-12-433S |
| JEREMY JACOBI SCOTT, a/k/a "J-Moe" Defendant. | § § § | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
### Conspiracy to Commit Sex Trafficking

On or about February 14, 2011, to March 2, 2011, in the Southern District of Texas and elsewhere, the Defendant,

### JEREMY JACOBI SCOTT

did knowingly and intentionally conspire with others unknown to the Grand Jury to, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means minors including S.H., knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe S.H. and others, that S.H. and others had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1).

**All in violation of Title 18, United States Code, Sections 1594(c).**

KENNETH MAGIDSON
United States Attorney

BY: _____
Sherri Zack
Assistant U.S. Attorney
(713) 567-9374